IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

    Plaintiff,                      No. 2:12-cv-0934 KJM KJN P

    vs.

EDMUND G. BROWN, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed June 6, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint as to plaintiff's first claim for relief was granted.[1]  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

---

[1] The court recommended that plaintiff's second and third claims for relief be dismissed without prejudice based on plaintiff's conceded failure to exhaust administrative remedies.  (Dkt. No. 11.)

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 13, 2012

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow0934.fta